BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
EARLE MILLER (SBN 116864)
emiller@whitecase.com
RUSSELL J. GOULD III (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

JAMES K. LEE (SBN 162350)
james.lee@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Plaintiff
THE EXPORT-IMPORT BANK OF KOREA

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF KOREA, an agency or instrumentality of the Republic of Korea,<br><br>Plaintiff,<br><br>v.<br><br>ASI CORPORATION, a Delaware corporation; ASI COMPUTER TECHNOLOGIES, INC., a California corporation; BILL CHEN a/k/a TA WEI CHEN, an individual; HENRY CHEN a/k/a HUNG CHEN, an individual; FRANCES CHOU a/k/a MEI LING CHOU a/k/a FRANCES MEILING CHOU, an individual; CHRISTINE LIANG a/k/a CHRISTINE LI-YIN LIANG a/k/a LI YIN CHU, an individual,<br><br>Defendants. | Case No. 2:16-cv-02056-MWF-JPR<br><br>**PLAINTIFF THE EXPORT-IMPORT BANK OF KOREA'S STATUS REPORT REGARDING SETTLEMENT PURSUANT TO NOVEMBER 28, 2018 SCHEDULING ORDER**<br><br>Pretrial Conf.:  January 4, 2019<br>Trial:  January 15, 2019<br>Judge:  Hon. Michael W. Fitzgerald |

1   Pursuant to the Court's November 28, 2018 scheduling order (Dkt. No. 513), plaintiff The Export-Import Bank of Korea hereby submits the following status report regarding settlement:  The parties participated in a mediation on June 28, 2018 with mediator Jeff Kichaven.  The mediation was unsuccessful.  In addition, counsel for the parties discussed the possibility of settlement at their Local Rule 16-2 meeting on December 11, 2018.  The parties were unable to agree.

Dated:  December 14, 2018

WHITE & CASE LLP

By:   */s/ Bryan A. Merryman*
         Bryan A. Merryman

Attorneys for Plaintiff
The Export-Import Bank of Korea

- 1 -