UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-2056-MWF(JPRx)**                                Dated: **December 18, 2018**

Title:     The Export-Import Bank of Korea -*v*- ASI Corporation, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Bryan A. Merryman | Robert I. Westerfield |
| Earle D. Miller | Philip Lo |
| James K. Lee | Thomas Zaccaro |
| | Peter Brecca |
| | Eve Coddon |

PROCEEDINGS:   TELEPHONIC STATUS CONFERENCE RE EX PARTE APPLICATION [517]

Case called, and counsel state their appearances.

The Court and counsel confer regarding the ex parte application.  For reasons stated on the record, the issue Orders to Show Cause.  The orders will issue in a separate order by the Court.

**IT IS SO ORDERED.**

Initials of Deputy Clerk   rs
-1-                                                                 1:10 min