UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-2056-MWF(JPRx)**                              Dated: **January 10, 2019**

Title:   The Export-Import Bank of Korea -v- ASI Corporation, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Sandra MacNeil |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Bryan A. Merryman | Christopher Queally |
| Earle D. Miller | Robert I. Westerfield |
| Russell Gould | Philip Lo |
| | Thomas Zaccaro |
| | Eve Coddon |
| | Peter Brecca |
| | Grace Carter |

PROCEEDINGS:   TELEPHONIC HEARING ON THE MOTION TO DISQUALIFY [516]

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard.

The Court conducts and an in camera and under seal hearing. The Court seals the transcript for this part of the hearing.

The motion is taken under submission. An order will issue.

**IT IS SO ORDERED**.

Initials of Deputy Clerk   rs

1:15 min