1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF KOREA, an agency or instrumentality of the Republic of Korea,<br><br>     Plaintiff,<br><br>  v.<br><br>ASI CORPORATION, a Delaware corporation; ASI COMPUTER TECHNOLOGIES, INC., a California corporation; BILL CHEN, an individual; HENRY CHEN a/k/a HUNG CHEN, an individual; FRANCES CHOU a/k/a MEI LING CHOU a/k/a FRANCES MEILING CHOU, an individual; CHRISTINE LIANG a/k/a CHRISTINE LI-YIN LIANG a/k/a LI YIN CHU, an individual,<br><br>     Defendants. | Case No. 2:16-cv-02056-MWF-JPR<br><br>**ORDER ALLOWING THE EXPORT-IMPORT BANK OF KOREA TO ACCESS TRANSCRIPT OF JANUARY 10, 2019 HEARING** |

1  Pursuant to Section II.C of the Central District's Instructions for Ordering
2  and Designating Transcripts, and good cause appearing, IT IS ORDERED that
3  Plaintiff The Export-Import Bank of Korea ("KEXIM") may be allowed access to
4  the full transcript of the hearing held in this matter on January 10, 2019 on
5  KEXIM's Motion to Disqualify Paul Hastings LLP.

Dated: January 16, 2019

_____
Michael W. Fitzgerald
United States District Judge