UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 16-2056-MWF (JPRx)          **Date:** February 21, 2019

Title:    SPS Technologies, LLC v. Briles Aerospace, Inc., et al.

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**    ORDER SEALING TRANSCRIPT

      Before the Court is Plaintiff SPS Technologies, LLC d/b/a PB Fasteners' Motion for a Preliminary Injunction (the "Motion"), filed on November 16, 2018. (Docket No. 25). The Court held a hearing on the Motion on February 21, 2019.

      The transcript of the hearing is **SEALED**. If counsel want to order a copy of the transcript, they may do so from the Court Reporter. Counsel need not obtain a signed Order from the Court to access the transcript.

      After the parties have obtained the transcript, the Court will review the transcript and unseal portions unrelated to the parties' discussion of trade secrets. In the meantime, counsel shall treat the transcript as a sealed document and subject to the protective order.

      IT IS SO ORDERED.