1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF KOREA, an agency or instrumentality of the Republic of Korea,<br><br>Plaintiff,<br><br>v.<br><br>ASI CORPORATION, a Delaware corporation; ASI COMPUTER TECHNOLOGIES, INC., a California corporation; BILL CHEN a/k/a TA WEI CHEN, an individual; HENRY CHEN a/k/a HUNG CHEN, an individual; FRANCES CHOU a/k/a MEI LING CHOU a/k/a FRANCES MEILING CHOU, an individual; CHRISTINE LIANG a/k/a CHRISTINE LI-YIN LIANG a/k/a LI YIN CHU, an individual,<br><br>Defendants. | Case No. 2:16-cv-02056-MWF-JPR<br><br>**STIPULATION AND JOINT REQUEST FOR DISMISSAL OF DEFENDANTS ASI COMPUTER TECHNOLOGIES, INC. AND CHRISTINE LIANG PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)**<br><br>Judge: Hon. Michael W. Fitzgerald |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff The Export-Import Bank of Korea ("KEXIM") and defendants ASI Computer Technologies, Inc. ("ASI") and Christine Liang hereby stipulate and request this action be dismissed with prejudice as to ASI and Christine Liang. This dismissal does not affect the rights or claims of KEXIM against defendants Henry Chen or Frances Chou. Each party will bear its own costs and attorney fees.

IT IS SO STIPULATED.

Dated: February 25, 2019

WHITE & CASE LLP

By: /s/ Bryan A. Merryman
Bryan A. Merryman (SBN 134357)
Earle Miller (SBN 116864)
Russell J. Gould III (SBN 313352)
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Plaintiff
THE EXPORT-IMPORT BANK OF KOREA

Dated: February 25, 2019

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Christopher B. Queally
Christopher B. Queally (SBN 229154)
Phillip H. Lo (SBN 178538)
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

Attorneys for Defendants
ASI COMPUTER TECHNOLOGIES, INC. AND CHRISTINE LIANG