1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF KOREA, an agency or instrumentality of the Republic of Korea,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASI CORPORATION, a Delaware corporation; ASI COMPUTER TECHNOLOGIES, INC., a California corporation; BILL CHEN, an individual; HENRY CHEN a/k/a HUNG CHEN, an individual; FRANCES CHOU a/k/a MEI LING CHOU a/k/a FRANCES MEILING CHOU, an individual; CHRISTINE LIANG a/k/a CHRISTINE LI-YIN LIANG a/k/a LI YIN CHU, an individual,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02056-MWF-JPR<br><br>**[PROPOSED] ORDER PURSUANT TO STIPULATION AND JOINT REQUEST**<br><br>Judge: Hon. Michael W. Fitzgerald |

1  Pursuant to the stipulation and joint request of plaintiff The Export-Import Bank of Korea ("KEXIM") and defendants ASI Computer Technologies, Inc. ("ASI") and Christine Liang, the Court hereby orders:

1. This action is dismissed with prejudice as to defendants ASI and Christine Liang.
2. This dismissal does not affect the rights or claims of KEXIM against defendants Henry Chen or Frances Chou.
3. Each party will bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Michael W. Fitzgerald
United States District Judge

- 1 -