1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF KOREA, an agency or instrumentality of the Republic of Korea,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASI CORPORATION, a Delaware corporation; ASI COMPUTER TECHNOLOGIES, INC., a California corporation; BILL CHEN, an individual; HENRY CHEN a/k/a HUNG CHEN, an individual; FRANCES CHOU a/k/a MEI LING CHOU a/k/a FRANCES MEILING CHOU, an individual; CHRISTINE LIANG a/k/a CHRISTINE LI-YIN LIANG a/k/a LI YIN CHU, an individual,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02056-MWF-JPR<br><br>**ORDER PURSUANT TO STIPULATION AND JOINT REQUEST**<br><br>Judge: Hon. Michael W. Fitzgerald |

Pursuant to the stipulation and joint request of plaintiff The Export-Import Bank of Korea ("KEXIM") and defendant Frances Chou, the Court hereby orders:

1. This action is dismissed with prejudice as to defendant Frances Chou.
2. This dismissal does not affect the rights or claims of KEXIM against defendants ASI Computer Technologies, Inc., Christine Liang, or Henry Chen.
3. Each party will bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: February 25, 2019

                                        Hon. Michael W. Fitzgerald
                                        United States District Judge