1
2                                                              JS-6
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11  THE EXPORT-IMPORT BANK OF          Case No. 2:16-cv-02056-MWF-JPR
12  KOREA, an agency or instrumentality of
    the Republic of Korea,             **ORDER PURSUANT TO**
13                                      **STIPULATION AND JOINT**
14                Plaintiff,            **REQUEST**
15       v.
                                        Judge: Hon. Michael W. Fitzgerald
16  ASI CORPORATION, a Delaware
17  corporation; ASI COMPUTER
    TECHNOLOGIES, INC., a California
18  corporation; BILL CHEN, an individual;
    HENRY CHEN a/k/a HUNG CHEN, an
19  individual; FRANCES CHOU a/k/a MEI
20  LING CHOU a/k/a FRANCES
    MEILING CHOU, an individual;
21  CHRISTINE LIANG a/k/a CHRISTINE
22  LI-YIN LIANG a/k/a LI YIN CHU, an
    individual,
23
24                Defendants.
25
26
27
28

1     Pursuant to the stipulation and joint request of plaintiff The Export-Import

2 Bank of Korea ("KEXIM") and defendants ASI Computer Technologies, Inc.

3 ("ASI") and Christine Liang, the Court hereby orders:

4     1.     This action is dismissed with prejudice as to defendants ASI and

5 Christine Liang.

6     2.     This dismissal does not affect the rights or claims of KEXIM against

7 defendants Henry Chen or Frances Chou.

8     3.     Each party will bear its own costs and attorney fees.

10 IT IS SO ORDERED.


Dated: February 26, 2019     _____

Hon. Michael W. Fitzgerald
United States District Judge

AMERICAS 98698025     [PROPOSED] ORDER